# Matthew J. Lombard ATTORNEY AT LAW

11400 W. OLYMPIC BOULEVARD, SUITE 1500  
LOS ANGELES, CALIFORNIA 90064

P. (310) 399 3259   F. (310) 392 9029   E. mlombard@LOMBARDLAW.net  
W. www.lombardlaw.net

July 7, 2021

**BY ECF FILING**

Honorable Paul A. Engelmayer  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Re:   United States v. Luis Gamez, et al.   21 Cr.148 (PAE)

Dear Judge Englemayer:

I represent Luis Gamez in the above referenced matter. A conference in this case is currently scheduled for July 13, 2021. As counsel for Mr. Gamez and on behalf of the co-defendant's we respectfully request an adjournment of the next conference in this case. The Government advised that they consent to the Defense's requested adjournment. This is the second request for an adjournment of this conference. I have conferred with my client who consents and co-defendant's counsel, who have represented to me that their client's also consent, to an adjournment of the conference. Therefore, on behalf of the Defense, I ask the Court to adjourn the July 13, 2021 conference until the week of September 14, 2021. This time is needed for counsel to review discovery which was produced on June 4, 2021 and July 2, 2021. Counsel are aware that at the next scheduled conference, the Court anticipates Defense counsel will be prepared to announce motions, and a motion schedule will be set.

On behalf of their clients, defense counsel also respectfully request that the Court exclude time under the Speedy Trial Act until September 14, 2021. For the

July 7, 2021
Page Two

reasons set forth above, the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Yours very truly,

MATTHEW J. LOMBARD
Attorney for Luis Gamez

CC: Andrew Rohrbach, Assistant U.S. Attorney (by ECF)
     Defense Counsel (By ECF)

**GRANTED.** The Court adjourns the conference scheduled for July 13, 2021, until September 16, 2021, at 11:00 a.m. For the reasons stated by counsel, the Court excludes time until September 16, 2021 pursuant to 18 U.S.C. 3161(h)(&)(A). The Clerk of Court is requested to terminate the motion at Dkt. No. 46.

7/8/2021

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge