

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**BY CM/ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  RE:  *United States v. Luis Gamez*, et al., 21 Cr. 148 (PAE)

Dear Judge Engelmayer:

The Government writes, with the consent of defense counsel, to respectfully request the following: (1) that a pretrial conference be held on October 7, 2021, at 2:30 p.m.; (2) the Court set the proposed schedule for pretrial motions, set forth below; and (3) the Court exclude time under the Speedy Trial Act until the next pretrial conference.

The Government has had discussions with counsel for various defendants about the discovery in this matter and possible pretrial resolutions. These discussions are ongoing and have been productive. However, at this time, the Government seeks, with defense counsel's consent, the following schedule for pretrial motions: Pretrial motions due November 10, 2021; responses due December 8, 2021; and replies, if any, due December 20, 2021. The parties further respectfully propose that the Court hold a pretrial conference during the week of January 3, 2022, or as soon thereafter as is convenient, regarding the pretrial motions and next steps in the matter.

The Government, with consent of the parties, respectfully requests that the Court exclude time under the Speedy Trial Act from September 16, 2021, until the next conference in this case. For the reasons set forth above, the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial, namely, the continuance will permit defense counsel additional time to review the discovery with their clients under challenging

circumstances brought on by the COVID-19 pandemic and it will permit the parties additional time to discuss pretrial resolutions. *See* 18 U.S.C. § 3161(h)(7).

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

by:   /s/ Kedar S. Bhatia
       Kedar S. Bhatia
       Andrew A. Rohrbach
       Assistant United States Attorneys
       (212) 637-2465 / 2345

Cc: Defense Counsel (by CM/ECF)

**GRANTED.** The Court schedules a next conference in the case for **October 7, 2021** at **2:30 p.m.**, and excludes time until then under 18 U.S.C. 3161(h)(7)(A) for the reasons indicated. The Court also preliminarily approves the motions schedule proposed by the parties, subject to the Court's anticipated inquiry of counsel at the October 7 conference as the nature of the intended motions, including motions to suppress evidence, and as to whether any such motion(s) will require an evidentiary hearing. The Court directs counsel to confer in advance of the October 7 conference as to the nature of the anticipated motions to assure that counsel for both sides can knowledgeably opine as to, inter alia, the need for and the nature and length of a potential evidentiary hearing on particular motions. The Clerk of Court is requested to terminate the motion at Dkt. No. 55.

        9/16/2021

SO ORDERED.

        *Paul A. Engelmayer*
        PAUL A. ENGELMAYER
        United States District Judge