# MATTHEW J. LOMBARD ATTORNEY AT LAW

11400 W. OLYMPIC BOULEVARD, SUITE 1500
LOS ANGELES, CALIFORNIA 90064

P. (310) 399 3259   F. (310) 392 9029   E. mlombard@LOMBARDLAW.net
W. www.lombardlaw.net

September 24, 2021

**BY ECF FILING**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Luis Gamez, et al.   21 Cr.148 (PAE)

Dear Judge Englemayer:

The Court has set a Pretrial Conference and Motions Schedule for October 7, 2021. I respectfully request to be excused from the conference, along with my client, Luis Gamez. The basis for this request is that I do not anticipate filing any pretrial motions. Furthermore, I am also in the process of negotiating a plea with Government counsel.

Very truly yours,

MATTHEW J. LOMBARD
Attorney for Luis Gamez

9/27/2021

**DENIED.** In order to maintain an orderly schedule in this multi-defendant case, the October 7 conference will go forward for all defendants (save any who, by then, have entered a plea of guilty before the Court). The Clerk of Court is requested to terminate the motion at Dkt. No. 57.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge