UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                        -v-                                       :     21-CR-148 (PAE)
                                                                  :
LUIS GAMEZ,                                                       :     SCHEDULING ORDER
HUGO RICHARD VILLANUEVA TORRES,                                   :
DANIEL ORTIZ,                                                     :
JOSE LUIS MARTINEZ ROSARIO,                                       :
JAYSON COLON,                                                     :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- *Suppression*: Defendants Torres and Colon have reserved the right to make suppression motions. Any motions to suppress shall be filed by **November 5, 2021**. Oppositions to any motions to suppress shall be filed by **November 19, 2021**.

- *Bill of particulars / severance*: Defendant Ortiz has reserved the right to move for particulars and for severance. His counsel is to file a letter by **November 5, 2021**, setting out whether he intends to make such motions, and, if so, more fully describing them.

- *Status*: The Government shall file, by **November 5, 2021**, a letter setting out the status of the case, *i.e.*, its expectations as to how many defendants will go to trial and the anticipated of a trial.

- The next conference in this case is scheduled for **November 22, 2021** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **November 22, 2021.**

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 7, 2021
New York, New York