UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
        -v-                     :      21-CR-148 (PAE)
:
LUIS GAMEZ,                                                            :      <u>SCHEDULING ORDER</u>
HUGO RICHARD VILLANUEVA TORRES,                                        :
DANIEL ORTIZ,                                                          :
JOSE LUIS MARTINEZ ROSARIO,                                            :
JAYSON COLON,                                                          :
:
:
                  Defendants.                  :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    A conference is scheduled in this case for **January 4, 2022** at **12:00 p.m.** The Court hereby converts this conference from in person, to telephonic, as a result in the rising number of COVID-19 cases within New York City. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 22, 2021
       New York, New York