UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LUIS GAMEZ,
HUGO RICHARD VILLANUEVA TORRES,
DANIEL ORTIZ,
JOSE LUIS MARTINEZ ROSARIO,
JAYSON COLON,

Defendants.

21 Cr. 148 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This case has been placed on the jury trial list for May 31, 2022. The case will proceed to trial, and must be trial-ready for that date.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: March 3, 2022
New York, New York